

# Fourth Court of Appeals
## San Antonio, Texas

March 4, 2014

No. 04-13-00878-CV

**WALNUT RETAIL CENTER GENERAL PARTNER, LC,**
Appellant

v.

**LBL, LTD.,**
Appellee

From the 438th Judicial District Court, Bexar County, Texas
Trial Court No. 2012-CI-06410
Honorable Barbara Hanson Nellermoe, Judge Presiding

## O R D E R

The reporter's record was due to be filed with this court on January 24, 2014. *See* TEX. R. APP. P. 35.1. On January 30, 2014, this court granted court reporter Judith A. Stewart's request for an extension of time to file the record until February 24, 2014, for an extension of thirty days.

On March 3, 2014, court reporter Judith A. Stewart filed a second request for an extension of time to file the reporter's record until March 12, 2014. The request is GRANTED. The reporter's record must be filed with this court by March 12, 2014. *See id.* R. 35.3(c).

If the reporter's record is not filed with this court by March 12, 2014, any requests for additional time to file the record must be accompanied by a signed, written status report. The report must describe the transcript by day with the date, description, page counts, and remarks for each day. The page counts must include the total number of pages, the number of pages edited, proofread, and formatted into the required electronic form (including bookmarks). The report may describe any unusual aspects of the record. The report must describe any problems the court reporter reasonably believes may delay the completion of the record beyond the requested date. A preferred form for the status report, with an accompanying example, is attached to this order.

Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 4th day of March, 2014.

Keith E. Hottle
Clerk of Court